FILED
2005 Mar-03  AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 02-RRA-0472-S |
| ) | |
| WES HIXON'S OUTDOOR ) | |
| ADVENTURES & TRAVEL, INC. ) | |
| And WESLEY E. HIXON, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the defendants' motion to dismiss is due to be GRANTED, and this action is due to be dismissed without prejudice.  An appropriate order will be entered.

DONE this 2nd day of March, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED  STATES  DISTRICT  JUDGE