IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO.  02-RRA-0472-S |
| ) | |
| WES HIXON'S OUTDOOR ) | |
| ADVENTURES & TRAVEL, INC. ) | |
| And WESLEY E. HIXON, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, the defendants' motion to dismiss is GRANTED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

Costs are taxed to plaintiff.

DONE this 2nd  day of March, 2005.

_____
WILLIAM M. ACKER, JR.

UNITED STATES DISTRICT JUDGE